**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL RAY FITZPATRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:13-CV-36-SNLJ |
| | ) | |
| BRAD STOTIER, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of the complaint [Doc. #1] under

28 U.S.C. § 1915.  The Court believes that, although plaintiff may be able to assert

a claim against defendant Brad Stotier based on the denial of his Constitutional rights,

plaintiff has failed to state a claim upon which relief may be granted at this time,

because the complaint is silent as to whether he is suing Stotier in his official and/or

individual capacity.

Taking into consideration the fact that plaintiff is proceeding pro se and in

forma pauperis, the Court will instruct him to file a written supplement to his

complaint, in which he simply states the capacity (i.e., official capacity, individual

capacity, or both individual and official capacities) in which he is suing the named

defendant, Brad Stotier.  Plaintiff is advised that he must sign the supplement to the complaint.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that the Clerk shall not issue process or cause process to issue upon the complaint at this time.

**IT IS FURTHER ORDERED** that plaintiff shall file a written supplement to his complaint within thirty (30) days from the date of this Order, stating whether he is suing the named defendant in his official and/or individual capacity, in accordance with the specific instructions set forth above.

**IT IS FURTHER ORDERED** that plaintiff's failure to supplement his complaint in accordance with this Court's instructions will result in the dismissal of this action, without prejudice and without further notice to him.

Dated this 27th day of  March, 2013.

_____

**UNITED STATES DISTRICT JUDGE**

2